**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Florida

Case number (If known): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401
# Chapter 15 Petition for Recognition of a Foreign Proceeding   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

1. **Debtor's name**  Moby S.p.A.

2. **Debtor's unique identifier**

   For non-individual debtors:

   ☐ Federal Employer Identification Number (EIN) __ __ – __ __ __ __ __ __ __

   ☑ Other 04846130633 . Describe identifier  Milan Company Register .

   For individual debtors:

   ☐ Social Security number:  xxx – xx– __ __ __ __

   ☐ Individual Taxpayer Identification number (ITIN):  9 xx – xx – __ __ __ __

   ☐ Other _____ . Describe identifier _____

3. **Name of foreign representative(s)**  Achille Onorato

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**  No. 48/2020/R.G. C.P., Tribunale di Milano, Sezione II Civile, Fallimentare

5. **Nature of the foreign proceeding**

   Check one:
   ☑ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

   ☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
   Decision commencing the foreign proceeding & translation
   Appointment of foreign representative by the board of directors & translation

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
   ☑ Yes

Official Form 401                 Chapter 15 Petition for Recognition of a Foreign Proceeding                 page 1

Debtor ___Moby S.p.A.___  Case number (if known)_____
      Name

8. **Others entitled to notice**  Attach a list containing the names and addresses of:

   (i) all persons or bodies authorized to administer foreign proceedings of the debtor,

   (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

   (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

   **Country where the debtor has the center of its main interests:**

   Italy

   **Debtor's registered office:**

   Via Larga 26
   Number    Street

   _____
   P.O. Box

   Milan       Lombardy       20122
   City    State/Province/Region    ZIP/Postal Code

   Italy
   Country

   **Individual debtor's habitual residence:**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State/Province/Region    ZIP/Postal Code

   _____
   Country

   **Address of foreign representative(s):**

   Via Larga 26
   Number    Street

   _____
   P.O. Box

   Milan       Lombardy       20122
   City    State/Province/Region    ZIP/Postal Code

   Italy
   Country

10. **Debtor's website (URL)**  www.moby.it

11. **Type of debtor**

    Check one:

    ☐ Non-individual (check one):

        ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

        ☐ Partnership

        ☐ Other. Specify: _____

    ☐ Individual

| Debtor | Moby S.p.A. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**12. Why is venue proper in this district?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ /s/ Achille Onorato         Achille Onorato
Signature of foreign representative    Printed name

Executed on _____
            MM / DD / YYYY

✗ [signature]                 _____
Signature of foreign representative    Printed name

Executed on 01/14/2022
            MM / DD / YYYY

**14. Signature of attorney**

✗ /s/ Patricia B. Tomasco            Date  01/14/2022
Signature of Attorney for foreign representative    MM / DD / YYYY

Patricia B. Tomasco
Printed name

Quinn Emanuel Urquhart & Sullivan, LLP
Firm name

2601 South Bayshore Drive, Suite 1550
Number    Street

Miami                                FL          33133
City                                 State       ZIP Code

(713) 221-7000                       pattytomasco@quinnemanuel.com
Contact phone                        Email address

01797600                             TX
Bar number                           State

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3