

**ORDERED in the Southern District of Florida on January 19, 2022.**

_____
**Robert A. Mark, Judge**
**United States Bankruptcy Court**

```
             UNITED STATES BANKRUPTCY COURT
              SOUTHERN DISTRICT OF FLORIDA
                     MIAMI DIVISION
```

|  |  |
|---|---|
| In re | CASE NO. 22-10311-RAM |
| MOBY S.P.A., | CHAPTER 15 |
| Debtor. |  |

### ORDER SETTING BRIEFING SCHEDULE AND HEARING ON PETITION FOR RECOGNITION AND MOTION FOR RELATED RELIEF

Upon the Court's review of the Verified Petition for Recognition of Foreign Main Proceeding and Motion for Order Granting Related Relief Pursuant to Bankruptcy Code Sections 1515, 1517, 1520 and 1521 (the "Motion") [DE #6], it is –

**ORDERED** as follows:

1. The Court will conduct a hearing on the Motion on **February 24, 2022** at **1:30 PM**. The hearing will be conducted by video conference using the services of Zoom Video Communications, Inc.

2. For instructions regarding the video conference, please refer to the General Procedures for Hearings By Video Conference on Judge Mark's web page on the Court's website, https://www.flsb.uscourts.gov/judges/judge-robert-mark.

3. To register for the video conference, click on the following link or manually enter the following link in a browser:

https://www.zoomgov.com/meeting/register/vJItd-mpqDMiG8VokhBvrC6P0g0JNbOi4RQ

4. The deadline for filing an objection(s) to the Motion is February 16, 2022.

###

COPIES FURNISHED TO:
Patricia B. Tomasco, Esq.
UST

**(Attorney Tomasco is directed to serve a copy of this Order on all interested parties and to file a certificate of service)**